**Order filed May 24, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00201-CV

_____

### IN RE PAUL E. NUNU, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 416,781**

---

## ORDER

This is an attempted mandamus seeking to compel the Honorable Michael B. Newman, presiding judge of Probate Court No. 2 to perform certain actions in the litigation style *In the Estate of Rose Farha Nunu, Deceased* (Trial Court Cause Number 416,781). Pursuant to Chapter 11 of the Texas Civil Practice and Remedies Code, Paul E. Nunu has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103.

Under section 11.103(a), the clerk of this court may not file a mandamus presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d). This is not a mandamus from a pre-filing order entered under section 11.101.

This court will consider dismissal of this mandamus unless relator, within ten (10) days of the date of this order, files a copy of the order from the local administrative judge permitting the filing of this mandamus. *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.